[No. 34476-9-II. Division Two. July 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TOR KILDAL KNIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-03695-3, Stephanie A. Arend, J., entered January 27, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Quinn-Brintnall, J.

[No. 34548-0-II. Division Two. July 3, 2007.]

NEW HORIZON CHRISTIAN CENTER, *Respondent*, v. BILLY J. ENSLEY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-08927-1, Waldo F. Stone, J. Pro Tem., entered March 6, 2006. *Reversed* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Quinn-Brintnall, J.

[No. 34727-0-II. Division Two. July 3, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC W. DOWNING, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-8-00219-8, James R. Orlando, J., entered March 21, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Hunt, JJ.

[No. 34752-1-II. Division Two. July 3, 2007.]

PILCHUCK CONTRACTORS, INC., *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-08063-4, Kathryn J. Nelson, J., entered March 28, 2006. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Armstrong and Hunt, JJ.